IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EARL A. BRYANT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION NO. 5:15-CV-411(MTT) |
| CITIGROUP, INC., et al. | ) ) |
| Defendants. | ) ) ) |

### ORDER

The Plaintiff requests "a United States Department of Justice Judicial Review" of the Court's March 16, 2016 Order, which the Court construes as a motion for reconsideration. (Doc. 17). Pursuant to Local Rule 7.6, "Motions for Reconsideration shall not be filed as a matter of routine practice." M.D. Ga. L.R. 7.6. "Reconsideration is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga.) (internal quotation marks and citation omitted); *see also McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1223 (M.D. Ga. 1997). The Plaintiff does not address the Court's ruling. Accordingly, the motion is **DENIED**. The Defendants' motions to strike (Docs. 21; 24) are **GRANTED** as to their requests to strike the Plaintiff's post-judgment filings (Docs. 18; 19; 20) but **DENIED** as to their requests for an injunction. However, the Defendants do not need to respond to any additional post-judgment filings unless otherwise ordered to do so by the Court.

**SO ORDERED**, this 15th day of April, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
